IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**RICHARD ARROWSMITH,**
**LIQUIDATING TRUSTEE OF**
**THE HDL LIQUIDATING TRUST,**

    Plaintiff,

v.                                    Case No. 4:19mc14-MW/CAS

**ADAM P. MOORE,**

    Defendant.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 14. Upon consideration, no objection having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The unopposed Motion for Final Judgment, ECF No. 12, is **GRANTED**. The Clerk of Court is directed to enter

1

judgment against Garnishee and Garnishee must surrender $14,904.77 to Plaintiff."

The Clerk shall also close the file.

**SO ORDERED on February 28, 2020.**

<u>**s/ MARK E. WALKER**</u>
**Chief United States District Judge**